**2017–0827. Elliot–Thomas v. Smith.**
Trumbull App. No. 2015–T–0007, 2017-Ohio-702. Appellee's motion to dismiss denied.

O'DONNELL, FISCHER, and DEWINE, JJ., dissent and would accept the cause and consolidate it with 2017–0693, *Elliot–Thomas v. Smith.*

*September 29, 2017*

2017-Ohio-7893.]

**2017–0413. State ex rel. Silver v. Pub. Emps. Retirement Sys.**
Franklin App. No. 15AP–864, 2017-Ohio-445. On joint motion to remand. Motion granted.

**2017–0690. State ex rel. Byington Builders, Ltd. v. Indus. Comm.**
Franklin App. No. 15AP–407, 2017-Ohio-2623. This case is returned to the regular docket under S.Ct.Prac.R. 19.01. Appellant shall file a brief within 40 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

*October 2, 2017*

2017-Ohio-7992.]

**2017–0007. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2016–164 and 2016–175. On agreed motion to remand to implement settlement. Motion granted. The cause is remanded to the Board of Tax Appeals to take further actions as appropriate.

*October 3, 2017*

2017-Ohio-8040.]

**2017–0544. Daher v. DeWine.**
In Mandamus and Prohibition. Case returned to the regular docket under S.Ct.Prac.R. 19.01. Respondents shall file a response to the complaint within 21 days.

**2017–0637. State ex rel. Sheets v. Indus. Comm.**
Franklin App. No. 16AP–22, 2017-Ohio-1169. Case returned to the regular docket under S.Ct.Prac.R. 19.01. Appellant shall file a brief within 40 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss the case or take other action if the parties fail to timely file merit briefs.